**KEVIN T. CONWAY, ESQ.**
**ATTORNEY AT LAW**
**LICENSED IN**
**N.Y., N.J., CT.**

| | |
|---|---|
| *664 Chestnut Ridge Road* | *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC* |
| *Spring Valley, NY 10977* | *500 Frank W. Burr Blvd., Ste. 31* |
| *Tel: (845) 352-0206* | *Teaneck, NJ 07666* |
| *Fax: (845) 352-0481* | *Tel: (201) 928-1100* |

May 31, 2019

The Honorable Judge Valerie E. Caproni
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: 1:19-cv-03307-VEC- IP Address: 70.18.210.153*
    *Plaintiff's Request for Correction of Court Order (D.E. 12)*

Dear Judge Caproni:

    Kevin T. Conway represents Plaintiff in the above captioned matter. Plaintiff filed a Motion for Leave to File a Third-Party Subpoena Prior to 26(f) Conference on April 24, 2019 (D.E. 6). The Court granted Plaintiff's Motion and entered an Order for same (D.E. 12). In the "Notice to Defendant", the Court Order lists "Strike 3 Holdings, LLC" as the Plaintiff instead of Malibu Media, LLC. Plaintiff would greatly appreciate the Court's correction of the Order listing Malibu Media, LLC as the Plaintiff in the Court's "Notice to Defendant", at its earliest convenience.

    Thank you in advance for your assistance.

                                            Respectfully submitted,

                            By:   /s/ *Kevin T. Conway*
                                  Kevin T. Conway, Esq. (KC-3347)
                                  80 Red Schoolhouse Rd.
                                  Spring Valley, New York 10977
                                  T: 845-352-0206
                                  F: 845-352-0481
                                  E-mail: ktcmalibu@gmail.com
                                  *Attorney for Plaintiff*